Florinda YAFISCO, alias Frank Ross, etc., Appellant, v. O. W. MUNSTER, District Director of U. S. Immigration Service, etc.
No. 10070.

Circuit Court of Appeals, Eighth Circuit.
July 30, 1934.

Frank D. Rader, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on motion of appellee, under Rule 16.

Solomon ZIMBERG and Louise Zimberg, Appellants, v. UNITED STATES of America, Appellee.
No. 3663.

Circuit Court of Appeals, Fourth Circuit.
June 14, 1934.

Charles Henry Smith, of Alexandria, Va., and Levi H. David and Alan B. David, both of Washington, D. C., for appellants.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va.

PER CURIAM.

Judgment of District Court affirmed. Judgment filed.